AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Luxottica of America Inc.

*Plaintiff(s)*

v.

Allianz Global Risks US Insurance Company

*Defendant(s)*

Civil Action No. 1:20cv698

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allianz Global Risks US Insurance Company
C/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael R. Gladman, Jones Day
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215-2673

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/08/2020

*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20cv698

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLIANZ GLOBAL RISKS US INSURANCE COMPANY
was received by me on *(date)* 9/08/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SHELBI SULLENBERGER OF CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY COLS, OH. 43219, who is designated by law to accept service of process on behalf of *(name of organization)* ALLIANZ GLOBAL RISKS US INSURANCE COMPANY on *(date)* 9/8/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: IN ADDITION TO THE ABOVE, I ALSO MAILED A COPY OF THE SAME DOCUMENTS LISTED BELOW TO ALLIANZ'S HEADQUARTERS AT 225 WEST WASHINGTON ST. SUITE 1800 CHICAGO, ILLINOIS, 60606.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/08/2020

*Server's signature* [signed] John Cleveland

*Printed name and title* JOHN CLEVELAND / PROCESS SERVER

*Server's address* 207 BALSAM DR. PICKERINGTON, OHIO 43147

Additional information regarding attempted service, etc:

PERSON SERVED: CAUCASIAN FEMALE
25-30 YEARS OLD
125 LBS 5'8

DOCUMENTS SERVED: SUMMONS, COMPLAINT, EXIBITS, CIVIL COVER SHEET & CORPORATE DISCLOSURES